No. 903.  GLENDALE DEVELOPMENT, INC., *v.* BOARD OF REGENTS OF THE UNIVERSITY OF WISCONSIN ET AL.  Supreme Court of Wisconsin.  Certiorari denied.  *Ralph M. Immell* and *Jack R. De Witt* for petitioner.

No. 587, Misc.  ELDRIDGE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se*.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 589, Misc.  FEELEY *v.* HEINZE, WARDEN, ET AL. Supreme Court of California.  Certiorari denied.  Petitioner *pro se*.  *Stanley Mosk,* Attorney General of California, and *Doris H. Maier* and *Raymond M. Momboisse,* Deputy Attorneys General, for respondents.

No. 830, Misc.  LANGSTON *v.* LETTS, U. S. DISTRICT JUDGE.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox, Acting Assistant Attorney General Doar, Harold H. Greene* and *Howard A. Glickstein* for respondent.

No. 937, Misc.  GUTH ET AL. *v.* RHAY, PENITENTIARY SUPERINTENDENT.  Supreme Court of Washington.  Certiorari denied.

No. 909, Misc.  EVANS *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.

No. 922, Misc.  JOHNSON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.